| | |
|---|---|
| 1 | **BOUTIN JONES INC**. |
| 2 | James D. McNairy (SBN 230903)<br>jmcnairy@boutinjones.com |
| 3 | Michael G. Cross (SBN 268999)<br>mcross@boutinjones.com |
| 4 | 555 Capitol Mall, Suite 1500<br>Sacramento, CA 95814 |
| 5 | T: (916) 321-4444<br>F: (916) 441-7597 |
| 6 | Attorneys for Defendant Strio Consulting, Inc. |
| 7 | **COHNE KINGHORN, P.C.**<br>Lisa R. Petersen (*pro hac vice*) |
| 8 | lpetersen@ck.law.com<br>111 East Broadway, 11th Floor |
| 9 | Salt Lake City, UT  84111<br>T: (801) 363-4300 |
| 10 | F: (801) 363-4378<br>Attorneys for Plaintiff RocketPower, Inc. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ROCKETPOWER, INC., a Delaware corporation,<br><br>              Plaintiff,<br><br>      v.<br><br>STRIO CONSULTING, INC., a Minnesota corporation,<br><br>              Defendant. | Case No. 3:20-cv-06446-CRB<br><br>**JOINT STIPULATION OF DISMISSAL & [PROPOSED] ORDER** |

1

**WHEREAS**, Plaintiff RocketPower, Inc. ("RocketPower") filed its complaint for breach of contract on or about July 24, 2020 (the "Matter");

**WHEREAS**, Defendant Strio Consulting, Inc. ("Strio") removed the Matter to this Court on or about September 14, 2020; and

**WHEREAS**, RocketPower and Strio settled this Matter on or about August 1, 2021;

**IT IS HEREBY STIPULATED** by and between RocketPower and Strio through their designated counsel that the above-captioned action should be dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties further stipulate that the parties shall bear their own attorneys' fees, expenses, and costs.

**IT IS SO STIPULATED.**

Dated: August 16, 2021                    BOUTIN JONES INC.

                                          By:  /s/ Michael G. Cross
                                               James D. McNairy
                                               Michael G. Cross
                                          Attorneys for Defendant Strio Consulting, Inc.

Dated: August 16, 2021                    COHNE KINGHORN

                                          By:  /s/ Lisa R. Peterson
                                               Lisa R. Peterson
                                          Attorneys for Plaintiff RocketPower, Inc.

**FILER'S ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from all signatories.

           /s/ Michael G. Cross
           Michael G. Cross

**[PROPOSED] ORDER**

The Court, having considered the stipulation of the parties, and good cause appearing therefor, orders as follows:

1. The action is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii).

2. Each party shall bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 24, 2021

_____
The Honorable Charles R. Breyer
UNITED STATES DISTRICT JUDGE